IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

KEITH NATION                                                                                    PLAINTIFF

vs.                                       Civil No. 10-cv-01010

SOUTH ARKANSAS DEVELOPMENTAL CENTER                              DEFENDANT
FOR CHILDREN AND FAMILIES, INC.

## JUDGMENT

Before the Court is the Report and Recommendation filed October 7, 2010 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 25). Judge Bryant recommends that Plaintiff's Motion for Summary Judgment (Doc. 16) be DENIED and Defendant's Motion to Dismiss (Doc. 6) be GRANTED. The parties have not filed objections to this Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto* and dismisses Plaintiff's Complaint with prejudice.

**IT IS SO ORDERED**, this 26th day of October, 2010.

/s/ Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge